[No. 38045-1-I.    Division One.    January 12, 1998.]

PATRICIA J. PARKS, *Respondent*, v. BARBARA GAY JUNGEMANN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-11940-1, Larry Jordan, J., entered March 20, 1995; January 18, 1996; January 22, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Agid, J., concurred in by Webster and Baker, JJ.

[No. 38434-1-I.    Division One.    January 12, 1998.]

IN THE MATTER OF THE GUARDIANSHIP OF K.W.K., ET AL.

Sandra Bates Gay, *Appellant*, v. MARGARET BROST, *Guardian, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-4-00100-4, Deborah Fleck, J., entered April 5, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 38940-8-I.    Division One.    January 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07211-5, LeRoy McCullough, J., entered June 13, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39246-8-I.    Division One.    January 12, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LYLE WESTMARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06810-1, Patricia H. Aitken, J., entered October 17, 1996; August 9, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Kennedy, J.